No. 17,132.

GARRIGUES ET AL. *v.* BEDFORD.
(264 P. [2d] 512)

Decided December 14, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for plaintiffs in error.

Mr. MAURICE REULER, Mr. JOSEPH E. NEWMAN, for defendant in error.